[No. 11638–3–II.   Division Two.   March 21, 1990.]

O. JEUNE GIBSON, *Appellant,* v. NORBERT STEHN, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 82–2–04330–9, William L. Brown, Jr., J., entered December 11, 1987. *Affirmed in part* and *reversed in part* by unpublished opinion per Mitchell, J. Pro Tem., concurred in by Petrich, A.C.J., and Nordquist, J. Pro Tem.

[No. 12260–0–II.   Division Two.   March 21, 1990.]

*In the Matter of the Welfare of* DAN REED.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 878345, Don L. McCulloch, J., entered August 15, 1988. *Affirmed* by unpublished per curiam opinion.

[No. 11438–1–II.   Division Two.   March 21, 1990.]

JOYCE A. DAVIDSON, *as Personal Representative, Respondent,* v. MASONIC BUILDING ASSOCIATION OF ABERDEEN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 86–2–00521–4, David E. Foscue, J., entered September 14, 1987. *Affirmed* by unpublished per curiam opinion.

[No. 9854–1–III.   Division Three.   March 22, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT D. VARNUM, *Appellant.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 88–1–00183–8, Michael E. Cooper, J., entered February 15, 1989. *Affirmed* by unpublished opinion per Shields, J., concurred in by Munson, C.J., and Green, J.